07-CR-05775-ORD

JUDGE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FILED _____ LODGED
_____ RECEIVED

JUN 27 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                              DEPUTY

UNITED STATES OF AMERICA,           ) Case No.: CR07-5775-RBL
                                    )
        Plaintiff,                  ) (Proposed)
                                    ) ORDER PROVIDING TRAVEL EXPENSES
   vs.                              )
                                    )
DARCI TEMPLETON,                    )
                                    )
        Defendant                   )

Based upon the stipulated motion of the parties, a review of the entirely of the files and records herein, and pursuant to 18 U.S.C. 4285, the Court FINDS and RULES as follows:

The defendant, Darci Templeton, is scheduled to appear before the Court on July 9, 2008, at 1:30 to change her plea in this case.

Ms. Templeton is financially unable to provide the necessary transportation to appear before his Court on her own.

Accordingly, the interests of justice would be served by directing the United States marshal to arrange for the non-custodial transportation of Darci Templeton, or furnish the fare for such transportation, so that she can appear before the Court.

THEREFORE, it is HEREBY ORDERED THAT:

The United States marshal arrange for Ms. Templeton's noncustodial transportation or furnish the fare for Ms. Templeton to travel from Houston, Texas, to Tacoma, Washington on or before July 9th, 2008, for arrival at the United States Courthouse for a court appearance at 1:30 p.m. on that date.

ORDER PROVIDING TRAVEL EXPENSES - 1

LAW OFFICES OF KRUPA & CLARK
1008 S. YAKIMA AVE., STE. 100
TACOMA, WA 98405
(253) 573-1000
FACSIMILE (253) 428-0330

1  IT IS FURTHER ORDERED THAT the United States marshal provide an amount for
2  subsistence expense within the limits set out in 18 U.S.C. 4285.

3  DATED this 27th day of June, 2008.

*(signature)*
Ronald B. Leighton
JUDGE

8  Presented by:

9  s Steven J. Krupa
10 WSBA No. 23997
   Attorney for Darci Templeton
11 1008 S. Yakima Ave. Ste.100
   Tacoma, WA 98405
12 253-573-100 Office
   253-428-0330 Facsimile
13 steve@krupaclarklaw.com

15 s Tessa Gorman
   WSBA No. 35908
16 Assistant United States Attorney
   700 Stewart St Ste 5220
17 Seattle, WA 98101-1271
   206-553-4994 Office
18 206-553-2502 Facsimile

ORDER PROVIDING TRAVEL EXPENSES - 2

LAW OFFICES OF KRUPA & CLARK
1008 S. YAKIMA AVE., STE. 100
TACOMA, WA 98405
(253) 573-1000
FACSIMILE (253) 428-0330